FILED

2018 MAR 20  PM 1: 20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

Name: ANDRE LARONE WHITMORE II

Address: 8900 BARING CROSS ST. #9

LOS ANGELES, CA. 90044

Phone: 310·612·8830

Plaintiff In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANDRE LARONE WHITMORE II ,

**PLAINTIFF,**

vs.

OFFICE OF VITAL RECORDS DEPARTMENT

OF HEALTH STATE OF CALIFORNIA

**DEFENDANT(S).**

Case No.: CV18-2277-PSG(AFMx)
(To be supplied by the Clerk)

**COMPLAINT FOR:**

ISSUANCE OF SELF DEATH CERTIFICATE

ON FILE ALREADY IN DATA BASE

_____

_____

_____

_____

**Jury Trial Demanded**

## I. JURISDICTION

1. This Court has jurisdiction under U.S. GOVERNMENT DEFENDANT

ORIGINAL

1
2

## II. VENUE

3    2.  Venue is proper pursuant to _____ WESTERN _____
4    _____
5    _____
6    _____
7

8
9

## III. PARTIES

10
11
12    3.    Plaintiff's name is _ANDRE LARONE WHITMORE II_ . Plaintiff resides
13    at: _8900 BARING CROSS ST. #9  LOS ANGELES CALIFORNIA 90044_
14    _____
15    _____
16    _____
17

18    4. Defendant _IS OFFICE OF VITAL RECORDS DEPARTMENT OF HEALTH STATE OF_
19    _CALIFORNIA ADDRESSED 1501 CAPITOL AVE, #71 SACRAMENTO CALIFORNIA 95811_
20    _PHONE 916.445.2684 REPRESENTED BY LOS ANGELES DISTRICT ATTORNEY JACKIE_
21    _LACEY 11701 La CIENEGA BLVD. LOS ANGELES CALIFORNIA 90045  PHONE_
22    _310.727.6500_

23
24    5. Defendant _N/A_
25    _____
26    _____
27    _____
28    _____

## IV. STATEMENT OF FACTS

____. *Insert ¶ #* CONSTANTLY INFORMED BY THE DEFENDENT ONE IS ON FILE PAID AND WOULD NOT RECEIVE FROM DEFENDENT. NO LETTER MAILED TO NOTIFY WHY NO CERTIFICATE ISSUED

____. *Insert ¶ #* N/A

____. *Insert ¶ #* N/A

THREE

## V. <u>CAUSES OF ACTION</u>

## FIRST CAUSE OF ACTION

( ___899 ADMIN PROCEDURES ACT_____ )
<span style="font-style:italic">insert title of cause of action</span>

**(As against Defendant(s):** _OFFICE OF VITAL RECORDS DEPARTMENT OF_

_HEALTH STATE OF CALIFORNIA_____ )

___. _ILLEAGAL SEIZURES MADE BY DEPARTMENT EMPLOYEES OF_
<span style="font-style:italic">Insert ¶ #</span>

_PERSONAL INDIVIDUAL DEATH CERTIFICATE_____

___. _N/A_____
<span style="font-style:italic">Insert ¶ #</span>

___. _N/A_____
<span style="font-style:italic">Insert ¶ #</span>

_FOUR_

Pro Se Clinic Form                 <span style="font-style:italic">Page Number</span>

## VI. <u>REQUEST FOR RELIEF</u>

WHEREFORE, the Plaintiff requests:

_____ . PRINTED CERTIFICATE ISSUED WITH A WRITTEN CHECK OR CASH
*Insert ¶ #*   OF THE $21.00 FEE IN EXCHANGE VIA BAYLIFF DURING COURT

_____ . N/A
*Insert ¶ #*

_____ . N/A
*Insert ¶ #*

_____ . N/A
*Insert ¶ #*

3-20-2018